United States District Court
Eastern District of New York

1:20-cv-06066-AMD-JRC

Jonathan Dill, individually and on behalf of all others similarly situated,

                Plaintiffs,

      - against -

Under Armour, Inc.,

                Defendant

Notice of Voluntary Dismissal

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 18, 2021

        Respectfully submitted,

        Sheehan & Associates, P.C.

        /s/Spencer Sheehan
        Spencer Sheehan
        60 Cuttermill Rd Ste 409
        Great Neck NY 11021-3104
        Tel: (516) 268-7080
        Fax: (516) 234-7800
        spencer@spencersheehan.com

1:20-cv-06066-AMD-JRC
United States District Court
Eastern District of New York

Jonathan Dill, individually and on behalf of all others similarly situated,

                             Plaintiff,

                    - against -

Under Armour, Inc.,

                             Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  June 18, 2021

                                                            /s/ Spencer Sheehan
                                                            Spencer Sheehan

Certificate of Service

I certify that on June 18, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan